**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 16-7766**

_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

        v.

OKANG KAREEN ROCHELLE,

       Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:05-cr-00112-WO-1)

_____

Submitted:  April 20, 2017                     Decided:  April 25, 2017

_____

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Okang Kareen Rochelle, Appellant Pro Se.  Angela Hewlett Miller, Anand P. Ramaswamy, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Okang Kareen Rochelle appeals the district court's orders denying his motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2) (2012), and denying his motion to alter or amend the judgment. We have reviewed the record and conclude that the district court did not err in denying Rochelle's § 3582(c)(2) motion. Accordingly, we affirm the denial of § 3582(c)(2) relief for the reasons stated by the district court. *United States v. Rochelle*, No. 1:05-cr-00112-WO-1 (M.D.N.C. Oct. 27, 2016). Because the district court lacked jurisdiction to consider Rochelle's motion to alter or amend the judgment, we affirm the denial of that order. *See United States v. Goodwyn*, 596 F.3d 233, 234 (4th Cir. 2010) (holding that district court lacks authority to grant motion to reconsider ruling on § 3582(c)(2) motion). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*